IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 08-cv-00932-REB-MJW

IVAN JONES,

Plaintiff,

v.

KATHERINE FORDE, Parole Officer, and,
AARON WHITE, Parole Officer,

Defendants.

---

**ORDER RE: DEFENDANTS'
MOTION TO RESET SCHEDULING/PLANNING
CONFERENCE AND ACCOMPANYING DEADLINES
(DN 26)**

---

**IT IS HEREBY ORDERED** that the Defendants' Motion to Reset Scheduling/Planning Conference and Accompanying Deadlines **is GRANTED**. The scheduling/planning conference currently scheduled for May 20, 2009, at 9:30 a.m. is VACATED AND RESET on June 19, 2009, at 10:00 a.m., in Courtroom A-502, Alfred A. Arraj, US Courthouse, 901 19th Street, Denver, CO.

FURTHER, it is ORDERED that the parties shall submit their proposed scheduling orders NO LATER THAN June 12, 2009.

FURTHER, it is ORDERED that the pro se plaintiff shall appear by telephone. His case manager shall ensure his availability at the Scheduling conference and contact the court by

calling (303) 844-2403, at the time set forth above to allow the pro se incarcerated plaintiff to appear at this conference.

SIGNED AND DATED THIS 5TH DAY OF MAY, 2009

BY THE COURT:

s/ MICHAEL J. WATANABE
MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE