IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00932-REB-MJW

IVAN JONES,

Plaintiff(s),

v.

K. FORDE, and,
AARON WHITE,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion Request for Production of Documents (Docket No. 34) is denied.  Plaintiff's motion is not the proper procedure for obtaining documents/discovery from non-parties and/or parties.  It is further

**ORDERED** that on or before June 18, 2009, defendants shall file a response to Plaintiff's Motion to Revise Complaint (Docket No. 33).

Date: June 8, 2009