IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00932-REB-MJW

IVAN JONES,

Plaintiff(s),

v.

K. FORDE, and,
AARON WHITE,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion to Revise Complaint (Docket No. 33) is granted, and the tendered Second Amended Prisoner Complaint (Revised) (Docket No. 33-2) is accepted for filing as of the date of this Minute Order.

Date: June 16, 2009