**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00932-REB-MJW

IVAN JONES,

    Plaintiff,

v.

STATE OF COLORADO,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion To Dismiss With Prejudice** [#64] filed September 16, 2009. After careful review of the stipulation and the file, I conclude that the motion should be granted, and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss With Prejudice** [#64] filed September 16, 2009, is **GRANTED** ;

2. That the Trial Preparation Conference set for June 25, 2010, is **VACATED**;

3. That the jury trial set to commence July 12, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 16, 2009, at Denver, Colorado.

                                                     BY THE COURT:

                                                    */s/ Robert E. Blackburn*
                                                    Robert E. Blackburn
                                                    United States District Judge